P. J., Rich, Jaycox and Manning, JJ., concur; Young, J., votes to affirm the order. Order denying plaintiff's motion for a resettlement of the prior order, by striking out the recital in such order of the affidavit of a physician, sworn to May 11, 1925, also reversed, and the motion granted, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Both orders are reversed on the law and not in the exercise of discretion.

MELROSE CONCRETE CO., INC., Appellant, v. SIMON SHAPIRO and Another, Trading under the Firm Name and Style of SHAPIRO BROTHERS, Respondents, Impleaded with Others, Defendants.— Judgment of the County Court of Kings county reversed upon the law and the facts, and judgment directed for the plaintiff for the sum of $1,450, with interest from February 29, 1924, together with costs of the trial and of this appeal. We are in accord with the finding of the learned county judge that the lien was defective, and that an action to foreclose the same could not be maintained. There is no evidence as to the value of any alleged defective work performed by the plaintiff. We think the evidence would not justify a finding that the work was defectively performed. It follows, therefore, that plaintiff was entitled to a money judgment for the balance due upon the contract. We reverse such findings of fact as found that the plaintiff had either performed defectively or in an unworkmanlike manner, and direct new findings of fact and conclusions of law in conformity with this decision. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle findings and order on notice.

MAURICE W. METZLER, Respondent, v. ISAAC REGENSBURG, Appellant.— Order modifying notice of examination of defendant before trial, and denying motion to vacate said notice, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JOSEPH NARO, Respondent, v. LIGGETT WINCHESTER LEY REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Manning and Young, JJ., concur; Kelly, P. J. and Jaycox, J., dissent.

ALAMANNO PESETTI, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY E. EISMAN, Appellant.— Judgment of conviction of the Court of Special Sessions, borough of Brooklyn, reversed on the law and the facts, information dismissed and defendant discharged. We agree with Justice Salmon, who dissented from the conviction, that on the evidence here the police officers had no right to arrest the defendant without a warrant. (*People* v. *Hochstim*, 36 Misc. 562; Civil Rights Law, § 8.)* Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS SIMURO, Appellant.— Judgment of conviction of the Court of Special Sessions, Kings county, reversed on the law, and a new trial ordered, upon the ground that there was no evidence showing the commission of crime beyond the alleged confession of the defendant. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

BARNET WIENER and Others, Respondents, v. BENSON BUILDING CO., INC., Defendant, Impleaded with ELIAS KLETZKIN and Another, Appellants.— Order denying defendants' motion for judgment affirmed, with ten dollars costs and

---

* Amd. by Laws of 1923, chap. 80.— [REP.